HOLLYWOOD BASEBALL ASSOCIATION *v.* COM-
MISSIONER OF INTERNAL REVENUE.

No. 957. Decided March 28, 1966.

*Arthur E. Gore* for petitioner.

*Solicitor General Marshall, Acting Assistant Attorney
General Roberts* and *Harry Baum* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted. The
judgment of the Court of Appeals is vacated and the
case is remanded to that court for further consideration
in light of *Malat* v. *Riddell, ante,* p. 569.